# LEVENTHAL & KLEIN, LLP

ATTORNEYS AT LAW
45 MAIN STREET, SUITE 230
BROOKLYN, NY 11201

T (718) 722-4100
F (718) 522-3225

August 15, 2012

**BY ECF**

The Honorable Steven M. Gold
Chief United States Magistrate Judge
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:   <u>Michael Carmona, et al. v. City of New York, et al.</u>
             11 CV 5385 (NG) (SMG)

Dear Chief Magistrate Judge Gold:

    I represent the plaintiffs in the above-referenced civil rights action. I write to confirm that the parties have reached an agreement in principle to settle all claims, and that an infant compromise motion will be have to be filed on behalf of infant plaintiff M.R. Given Your Honor's familiarity with this case, the parties intend to file a consent to proceed before you for all purposes. We contemplate being able to file all necessary infant compromise and settlement documents within thirty days. We therefore request that all other proceedings and deadlines be adjourned *sine die* pending the consummation of the parties' agreement, and the Court's approval of the settlement of M.R.'s claims.

    Thank you for your consideration.

                                      Respectfully,

                                      /s/

                                      Brett H. Klein

cc:   Qiana Smith-Williams, Esq.